IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   14-cv-00206-RBJ | Date:  November 12, 2014 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Tamara Hoffschildt |

| *Parties* | *Counsel* |
|---|---|
| KEY EQUIPMENT FINANCE<br>    **Plaintiff(s)** | *Daniel C. Fleming via telephone* |
| v. | |
| SOUTHWEST CONTRACTING INC<br>MATTHEW DAVID FULFORD<br>    **Defendant(s)** | *Shawn Simon via telephone* |

### COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session:  9:30 a.m.

Appearance of counsel.

Discussion held on discovery disputes.

**ORDERED:**  Dates of depositions as noticed by the plaintiff are VACATED.  Depositions are to be taken in Florida on December 2nd, December 3rd, or December 9, 2014.

Request for production of tax returns and other financial documets is GRANTED subject to a protective order, as indicated on record.

Court in Recess:  9:43 a.m.          Hearing concluded.          Total time in Court:  00:13